IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| VICTOR HAWK, individually, and VICTOR HAWK, P.C., | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 114-223 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), | * * * | |
| Defendant. | * | |

**O R D E R**

Presently pending before the Court is the parties' status report and joint motion to stay. (Doc. 24.) The parties seek to extend the stay previously imposed by this Court because they "are continuing to discuss possible resolution and believe that extending the stay by thirty (30) days would aid the parties' efforts to resolve this litigation." (Id. at 2.) Upon due consideration and for good cause shown, the motion to stay is **GRANTED**. All pending deadlines are hereby **STAYED**. Within **30 days** of this Order, the parties are **DIRECTED** to file a joint status report with the Court.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of June, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA